# United States Court of Appeals
## For the First Circuit

———————————

No. 01-2413

UNITED STATES OF AMERICA,
Appellee,

v.

SANJAY SACHDEV,
Defendant, Appellant.

———————————

**ERRATA SHEET**

The opinion of this court, issued February 1, 2002, should be amended as follows:

p 6, l. 22, delete "5K1.12" and replace with "5K2.12".